Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
  Fisher & Hayes LLP
112 Madison Avenue
New York New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Richard G. Mason, Jr., as Administrator of the Estate of Diane L. Grill (deceased), et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-6944:* Plaintiff Diane Grill and Richard G. Jr. Mason | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Diane Grill and Richard G. Jr. Mason, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

1  41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Diane Grill and Richard
2  G. Jr. Mason's** action only, with each side bearing its own attorneys' fees and costs.

6  Dated: _____, 2009       By: _____
                                    Jayne Conroy
7                                   **HANLY CONROY BIERSTEIN
                                    SHERIDAN FISHER & HAYES LLP**
8                                   112 Madison Avenue
                                    New York, New York 10016-7416
9                                   (212) 784-6400
                                    (212) 784-6420 (Fax)
10                                  Email: jconroy@hanlyconroy.com

11                          -and-

12                                  **SIMMONSCOOPER LLC**
                                    707 Berkshire Blvd.
13                                  East Alton, IL 62024
                                    (618) 259-2222
14                                  (618) 259-2251 (Fax)

15                                  *Counsel for Plaintiff.*

18  Dated: ____March 11___, 2009    By: _____
                                    Michelle W. Sadowsky
19                                  **DLA PIPER US LLP**
                                    1251 Avenue of the Americas
20                                  New York, New York 10020-1104
                                    (212) 335-4625
21                                  (212) 884-8675 (Fax)

22                                  *Counsel for Defendant Pfizer, Inc.*

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
24  IT IS SO ORDERED.**

26  Dated: _____MAR 30____, 2009    By: _____
                                    United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE