```
 1  Plaintiff's Counsel:
    Jayne Conroy
 2  Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
 3  112 Madison Avenue
    New York New York  10016-7416
 4  (212) 784-6400
    (212) 284-6420 (fax)
 5
    -and-
 6
    SimmonsCooper LLC
 7  707 Berkshire Blvd.
    East Alton, IL  62024
 8  (618) 259-2222
    (212) 259-2251 (Fax)
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Richard G. Mason, Jr., as Administrator of the Estate of Diane L. Grill (deceased), et. al., vs. Pfizer, Inc.,.*<br>MDL No. 06-6944: <u>Plaintiff Michael Nadjadi and Barbara Nadjadi</u> | |

Come now the Plaintiffs, Michael Nadjadi and Barbara Nadjadi, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

1  41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Michael Nadjadi and**
2  **Barbara Nadjadi's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN**
**SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: _____March 11_____, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30_____, 2009

By: _____
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE